| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Schall, Alvin A. | 2. Court or Organization United States Court of Appeals for the Federal Circuit | 3. Date of Report 04/16/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Judge (Senior Status) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 717 Madison Place, N.W. Washington, DC 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (one of two) | Trust #2 |
| 2. | Trustee (one of two) | Trustee #4 |
| 3. | Executor (one of two) | Estate |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories, Inc. | B | Dividend | L | T | | | | | |
| 2. Altria Group, Inc. | B | Dividend | K | T | | | | | |
| 3. Boeing Co. | B | Dividend | L | T | | | | | |
| 4. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 5. General Electric Co. | B | Dividend | L | T | | | | | |
| 6. General Mills, Inc. | B | Dividend | L | T | | | | | |
| 7. Home Depot, Inc. | B | Dividend | L | T | | | | | |
| 8. Hospira, Inc. | | None | J | T | | | | | |
| 9. Intel Corp. | C | Dividend | M | T | | | | | |
| 10. J.P. Morgan Chase & Co. | B | Dividend | L | T | | | | | |
| 11. Kraft Foods, Inc. | A | Dividend | K | T | | | | | |
| 12. MBIA, Inc. | | None | J | T | | | | | |
| 13. Minnesota Mining & Mfg. Co. | B | Dividend | L | T | | | | | |
| 14. Motorola Mobility Holdings, Inc. | | None | J | T | | | | | |
| 15. Motorola Solutions, Inc. | A | Dividend | K | T | | | | | |
| 16. Pepsico, Inc. | C | Dividend | M | T | | | | | |
| 17. Philip Morris Int'l. Inc. | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. R.R. Donnelly & Sons Co. | B | Dividend | J | T | | | | | |
| 19. DWS Funds Mid-Cap Growth Fund Class S | | None | M | T | | | | | |
| 20. DWS Funds International Emerging Markets Equity Fund Class S | A | Dividend | K | T | | | | | |
| 21. Walt Disney Co. | A | Dividend | L | T | | | | | |
| 22. Yum Brands, Inc. | A | Dividend | K | T | | | | | |
| 23. Capital One Bank Certificate of Deposit | B | Interest | K | T | | | | | |
| 24. Capital One Bank Certificate of Deposit | C | Interest | M | T | | | | | |
| 25. American Express Certificate of Deposit | C | Interest | M | T | | | | | |
| 26. Wachovia Bank Certificate of Deposit | B | Interest | K | T | | | | | |
| 27. DWS Strategic Gov. SEC Fund -▮ | C | Interest | L | T | | | | | |
| 28. DWS GNMA Fund - S▮ | B | Interest | K | T | | | | | |
| 29. Great Horn Mining Syndicate | | None | J | U | | | | | |
| 30. Edgartown Water Co. | | None | J | U | | | | | |
| 31. Mainbocher, Inc. | | None | J | U | | | | | |
| 32. Evergreen Money Fund | B | Interest | J | T | | | | | |
| 33. Fidelity Cash Reserves Fund▮ | A | Interest | L | T | | | | | |
| 34. Vanguard Intermediate - Term Tax-Exempt Fund Admiral | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Shares Bond Fund | C | Interest | M | T | | | | | |
| 36. Vanguard Limited.-Term Tax-Exempt Fund Admiral Shares | | | | | | | | | |
| 37. Bond Fund | D | Interest | M | T | | | | | |
| 38. Vanguard GNMA Fund Admiral Shares Bond Fund | D | Interest | M | T | | | | | |
| 39. Vanguard Short-Term Bond Index Admiralty SharesBond Fund | C | Interest | M | T | | | | | |
| 40. TRUST #1: | | | | | | | | | |
| 41. Blackrock Funds International Bond Portfolio Fund | A | Dividend | | | Sold | 03/18/11 | J | | |
| 42. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 43. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 44. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | B | Dividend | M | T | | | | | |
| 45. 2.00% U.S. Treasury Notes | A | Interest | J | T | | | | | |
| 46. DWS High Income Fund Class A | A | Dividend | J | T | | | | | |
| 47. I Shares MSCI Emerging Markets Index Fund | A | Dividend | K | T | | | | | |
| 48. I Shares Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | | | | | |
| 49. I Shares Cohen & Steers Realty Majors Index Fund | A | Dividend | | | Sold | 11/07/11 | J | A | |
| 50. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 51. TRUST #2: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Express Co. | A | Dividend | K | T | | | | | |
| 53. BP PLC | B | Dividend | K | T | Sold (part) | 06/28/11 | J | | |
| 54. | | | | | | 09/20/11 | J | | |
| 55. | | | | | | 12/19/11 | J | | |
| 56. Kimberly Clark Corp. | C | Dividend | L | T | | | | | |
| 57. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 58. Raytheon Co. | B | Dividend | K | T | | | | | |
| 59. R.R. Donnelly & Sons Co. | A | Dividend | J | T | | | | | |
| 60. Deutsche Bank Trust Co.U.S. Large Capitalization Growth Fund | C | Dividend | N | T | Sold (part) | 12/31/11 | K | | |
| 61. Deutsche Bank Trust Co. Tax-Free Income Fund | D | Dividend | M | T | | | | | |
| 62. Deutsche Bank Trust Co. International Fund | A | Dividend | J | T | | | | | |
| 63. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | K | T | | | | | |
| 64. TRUST #3: | | | | | | | | | |
| 65. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | Dividend | J | T | | | | | |
| 66. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 67. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 68. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 2.00% U.S. Treasury Notes | A | Interest | J | T | | | | | |
| 70. DWS High Income Fund Class A | A | Dividend | J | T | | | | | |
| 71. I Shares MSCI Emerging Markets Index Fund | A | Dividend | K | T | | | | | |
| 72. I Shares Goldman Sachs Natural Resources Index Fund | A | Dividend | J | T | | | | | |
| 73. I Shares Cohen & Steers Realty Majors Index Fund | A | Dividend | J | T | | | | | |
| 74. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 75. TRUST #4: | | | | | | | | | |
| 76. American Express Co. | A | Dividend | L | T | | | | | |
| 77. BP PLC | B | Dividend | K | T | Sold (part) | 06/28/11 | | | |
| 78. | | | | | | 09/20/11 | | | |
| 79. | | | | | | 12/19/11 | | | |
| 80. General Electric Co. | B | Dividend | K | T | | | | | |
| 81. Merck & Co., Inc. | B | Dividend | K | T | | | | | |
| 82. Procter & Gamble Co. | B | Dividend | K | T | | | | | |
| 83. Deutsche Bank Trust Co. International Fund | B | Dividend | K | T | | | | | |
| 84. Deutsche Bank Trust Co. Taxable Income Fund | E | Dividend | N | T | | | | | |
| 85. DWS High Income Fund-Insured | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. I Shares U.S. Treasury Inflation Protected Securities Fund | A | Dividend | K | T | | | | | |
| 87. PIMCO Developing Local Markets Fund | A | Dividend | K | T | | | | | |
| 88. Eaton Vance Structured Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 89. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | B | Dividend | L | T | | | | | |
| 90. I Path Dow Jones UBS Commodity Index Total Return Fund | A | Dividend | J | T | | | | | |
| 91. DWS Reef Global Real Estate Secured Fund | A | Dividend | J | T | | | | | |
| 92. Deutsche Bank Trust Co. Money Market Deposit Account | A | Dividend | K | T | | | | | |
| 93. ESTATE (Opened 10/31/08): | | | | | | | | | |
| 94. Dreyfus Intermediate Municipal Bond Fund | D | Dividend | M | T | Sold (part) | 11/29/11 | K | C | |
| 95. William 79 Associates | | None | J | W | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION WITH RESPECT TO PART VII OF THIS REPORT:

1. Items 1-18, 21, 22, 29-31, 52-59, and 76-82 are common stock holdings.

2. Items 19, 20, 27, 28, 34-39, 41, 46-49, 70-73, 85-88, 90, 91 and 94 are mutual funds.

3. Items 23-26 are certificates of deposit.

4. Items 32, 33, 50, 63, 74 and 92 are in the nature of money markets accounts.

5. Items 45 and 69 are United States Treasury Notes.

6. Items 43, 44, 60, 62, 65, 67, 68, 83 and 89 are commingled common stock trust funds managed by Deutsche Bank Trust Co.

7. Items 42, 61 and 66 are commingled tax-free securities trust funds managed by Deutsche Bank Trust Co.

8. Items 84 and 85 are commingled debt securities trust funds managed by Deutsche Bank Trust Co.

9. Item 95 is real estate partnership.

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/16/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alvin A. Schall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544